PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Samuel Preciado-Sahagun    Case Number: 0980 2:13CR02094-022

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 14, 2014    Type of Supervision: Probation

Original Offense:  Unlawful Animal Fighting Venture, 7 U.S.C. § 2156(a)(1)    Date Supervision Commenced: May 14, 2014

Original Sentence: Prison - Probation - 36 Months    Date Supervision Expires: May 13, 2017

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20   The defendant will make a request 10 days prior to traveling to Mexico.  He shall explain the purpose of the travel and will provide the supervising officer with the address of where he will be staying while in Mexico.  He shall maintain his cellular telephone while in Mexico, to allow for further communication as needed or necessary.

## CAUSE

Samuel Preciado-Sahagun advised he has many relatives in Mexico, who are elderly or up in age.  He would like to be able to travel to Mexico on short notice to attend funerals or potentially visit ailing relatives.  He has remained compliant and cooperative throughout his term of supervision, to include, paying his fine in full.  The officer respectfully requests the Court grant the above-noted modifications of supervision.

|   |   |
|---|---|
|   | Respectfully submitted, |
| by | s/Stephen Krous |
|   | Stephen Krous<br>U.S. Probation Officer<br>Date:  November 21, 2014 |

THE COURT ORDERS

[ ]     No Action
[ ]     The Extension of Supervision as Noted Above
[X]     The Modification of Conditions as Noted Above
[ ]     Other

_Thomas O. Rice_
Signature of Judicial Officer

November 21, 2014
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

20   The defendant will make a request 10 days prior to traveling to Mexico. He shall explain the purpose of the travel and will provide the supervising officer with the address of where he will be staying while in Mexico. He shall maintain his cellular telephone while in Mexico, to allow for further communication as needed or necessary.

Witness: _____    Signed: X _____
Stephen Krous                                     Samuel Preciado-Sahagun
U.S. Probation Officer                            Probationer or Supervised Releasee

20 Nov. 14
Date